# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 6, 2008

Charles R. Fulbruge III
Clerk

No. 08-20042

YOLANDA M AGUIRRE; ANA M MORRIS; CORINA RAMOS; ROSE URDIALEZ; OLGA ZERTUCHE; ALEJANDRA S AMIE; NARA DELEON; SYLVIA DIAHNN SANCHEZ

Plaintiffs-Appellants

v.

SBC COMMUNICATIONS INC; SOUTHWESTERN BELL TELEPHONE CO; SOUTHWESTERN BELL TELEPHONE LP

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-cv-03198

Before REAVLEY, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

The issue in this appeal is whether the district court properly granted summary judgment to Defendant-Appellee Southwestern Bell Telephone L.P. ("SWB") after concluding that Plaintiffs-Appellants Yolanda Aguirre, Ana Morris, Corina Ramos, Rose Urdialez, Olga Zertuche, Alejandra S. Amie, Nara Deleon, and Sylvia Diahnn Sanchez ("Sanchez") (collectively "Plaintiffs") were

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

exempt from the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. §§ 201–219, because they were "executives" under 29 C.F.R. § 541.100(a). Plaintiffs also appeal the district court's denial of their motion to reconsider. Finally, Plaintiffs assert that the district court erred in granting summary judgment in favor of SWB on Plaintiff Sanchez's retaliation claim.

We affirm the judgment of the district court for the reasons stated in the district court's thorough memorandum and order dated September 30, 2007, granting SWB's motion for summary judgment, and its memorandum and opinion dated December 20, 2007, denying Plaintiffs' motion for reconsideration.

AFFIRMED.